[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 04-14440

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 6, 2005
THOMAS K. KAHN
CLERK

D. C. Docket No. 96-06057-CV-JIC

TURNER GREENBERG ASSOCIATES, INC.,

Plaintiff-Counter-
Defendant-Appellee,

versus

C & C IMPORTS, INC., a California
corporation, d.b.a. Nancy Corzine,

Defendant-Counter-
Claimant-Appellant,

versus

STEVE TURNER,
JANET GREENBERG,

Counter-Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(May 6, 2005)

Before BLACK, MARCUS and FAY, Circuit Judges.

PER CURIAM:

The record fully supports the judgment of the district court.

**Affirmed.**